United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 8, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-40484
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KELLY ARKADIE,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:02-CR-46-2
--------------------

Before JOLLY, HIGGINBOTHAM, and WIENER, Circuit Judges.

PER CURIAM:*

   Kelly Arkadie, federal prisoner # 43494-080, appeals the
district court's June 30, 2003, denial of various postjudgment
motions in his criminal case and the imposition of sanctions.
The Government has moved to dismiss the appeal.  Because Arkadie
has not identified any errors in the district court's June 30
ruling, it is as if had not appealed.  See Brinkmann v. Dallas
County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987).
The Government's motion is GRANTED.

---

   * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The Government's alternative motion for an extension of time to file its appellate brief is DENIED AS UNNECESSARY.

Arkadie has moved for the disqualification of district court judge Janis Jack for bias.  This motion is DENIED.  See Delesdernier v. Porterie, 666 F.2d 116, 121-22 (5th Cir. 1982).

Arkadie's motion for appointment of counsel on appeal is DENIED.  See Ulmer v. Chancellor, 691 F.2d 209, 212 (5th Cir. 1982).

MOTION TO DISMISS GRANTED; APPEAL DISMISSED.

MOTION FOR EXTENSION OF TIME DENIED AS UNNECESSARY.

MOTIONS FOR DISQUALIFICATION AND APPOINTMENT OF COUNSEL DENIED.